# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

146356

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

MADGE ELLEN MATTHEWS,
　　　　Defendant-Appellant.

SC: 146356
COA: 304215
Wayne CC: 10-059764

_____/

　　　　On order of the Court, the application for leave to appeal the October 23, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013 　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

t0422